UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MADELEINE DIXON | CIVIL ACTION |
| VERSUS | NO. 24-950 |
| TAQUERIA LA 20, LLC, ET AL. | SECTION "R" (3) |

### ORDER

Plaintiff Madeleine Dixon filed an unopposed motion for reimbursement of service expenses.[1] On November 27, 2024, Magistrate Judge Eva J. Dossier issued a Report and Recommendation ("R&R"), recommending that the Court grant plaintiff's motion and order Defendants Taqueria LA 20, LLC and Sean Toups to jointly pay plaintiff the total sum of $1,025.00.[2] Defendants did not object to the R&R. Therefore, the Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error.

---

[1] R. Doc. 17.
[2] R. Doc. 23 at 6.

Accordingly, the Court adopts Magistrate Judge Dossier's R&R as its opinion. The Court GRANTS plaintiff's motion for reimbursement of service expenses. The Court ORDERS defendants Taqueria LA 20, LLC and Sean Toups to jointly pay plaintiff the total sum of $1,025.00.

New Orleans, Louisiana, this __30th__ day of December, 2024.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE